**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ALFRED MAURICE BLACKLEY,** | ) | |
| | ) | |
| **Petitioner/Defendant,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION 12-0738-CG** |
| | ) | **CRIMINAL NO. 10-00143-CG-N** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 11, 2014 (Doc. 82) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 7th day of October, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE