IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALFRED MAURICE BLACKLEY, | ) |
| Petitioner/Defendant, | ) |
| vs. | ) CIVIL ACTION 12-0738-CG |
| | ) CRIMINAL NO. 10-00143-CG-N |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed in this case (Doc. 76) be and the same hereby is **DENIED** because it has not been shown that the petitioner's rights were violated. Further, the petitioner is not entitled to a certificate of appealability and is therefore not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 7th day of October, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE