IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| ALFRED MAURICE BLACKLEY, | ) | |
|---|---|---|
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 12-0738-CG |
| | ) | CRIMINAL NO. 10-00143-CG-N |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 11, 2014, (Doc. 82) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 31st day of October, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE