AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Alfred Maurcie Blackley | ) Case No: 1:10-cr-00143-001 |
| | ) USM No: 11406-003 |
| Date of Original Judgment: 01/13/2011 | ) |
| Date of Previous Amended Judgment: 10/04/2011 | ) pro se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

Blackely is not eligible for a reduction. He was subject to a statutory mandatory minimum of 60 months as to Count Two, which is the sentence he received. Although he would be eligible for a reduction on Count One, Counts One and Two were grouped and ordered to run concurrently with one another. As a result, Blackely would not benefit from a guideline recalculation. He is ineligible for reduction on Count Three.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 1/28/2016

Callie V. S. Granade
U.S. District Judge

*Digitally signed by Callie V. S. Granade U.S. District Judge
DN: cn=Callie V. S. Granade U.S. District Judge, o=Federal Judiciary, ou=U.S. Government, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2016.01.28 11:42:12 -06'00'*

*Judge's signature*

Effective Date: _____
*(if different from order date)*

United States District Judge
*Printed name and title*